## United States Bankruptcy Court
## Central District of California

255 East Temple Street, Los Angeles, CA 90012

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM MOTION TO DISMISS CHAPTER 13 [11 U.S.C. § 1307]

**DEBTOR INFORMATION:**
Armando Ramos Jr.

**BANKRUPTCY NO.** 2:15−bk−16572−SK

**CHAPTER** 13

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−3861
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 12/28/16

**JOINT DEBTOR INFORMATION:**
Yvette Ramos
aka Yvette Zeida Ramos

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−6666
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Joint Debtor Dismissal Date:** 12/28/16

**Address:**
3062 Conquista Ave
Long Beach, CA 90808−4028

Pursuant to the court's findings and conclusions at the hearing on the motion to dismiss in this case,
IT IS ORDERED THAT:

(1) debtor's bankruptcy case is dismissed; and

(2) the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362.

Dated: December 28, 2016

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

(Form od13d VAN−153) Rev. 03/09

**28 − 25 / TDM**