United States Bankruptcy Court
Central District of California

In re:  
Armando Ramos, Jr.  
Yvette Ramos  
    Debtors

Case No. 15-16572-SK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0973-2        User: tmayC        Page 1 of 2        Date Rcvd: Dec 28, 2016  
                   Form ID: van153     Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2016.

```
db/jdb       Armando Ramos, Jr.,    Yvette Ramos,    3062 Conquista Ave,    Long Beach, CA  90808-4028
smg          Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA  90053-0200
36222726     Cal Western Reconveyance,    PO Box 22041,    El Cajon, CA  92022-9004
36222727     Equifax,    PO Box 144717,    Orlando, FL 32814-4717
36222728     Equifax Information Services, LLC,    PO Box 740256,    Atlanta, GA 30374-0256
36222729     Experian,    NCAC,    PO Box 9556,    Allen, TX 75013-9556
36222730     Experian,    Profile Management,    PO Box 9558,    Allen, TX 75013-9558
36222734     I L W U Credit Union,    PO Box 445,    Wilmington, CA 90748-0445
36222737    +Kathy Dockery,    700 S. Flower St. #1950,    Los Angeles, CA 90017-4212
36222742    +Trans Union Corporation,    ATTN: Public Records Department,    555 W Adams St,
              Chicago, IL 60661-3631
36222743    +Transunion Consumer Relations,    PO Box 2000,    Crum Lynne, PA 19022-2000
36556135    +Wells Fargo Bank NA,    Attn: BK Dept  MAC #T7416-023,    4101 Wiseman Blvd.,
              San Antonio, TX 78251-4200
36553931    +Wells Fargo Bank, N.A.,    P.O. Box 45038 MAC Z3057012,    Jacksonville, FL 32232-5038
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          EDI: EDD.COM Dec 29 2016 01:58:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
             P.O. Box 826880,    Sacramento, CA  94280-0001
smg          EDI: CALTAX.COM Dec 29 2016 01:58:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
             P.O. Box 2952,    Sacramento, CA  95812-2952
cr          +E-mail/Text: cdcaecf@bdfgroup.com Dec 29 2016 02:10:13      Wells Fargo Bank, N.A.,    c/o BDFTW,
             20955 Pathfinder Rd., Ste. 300,    Diamond Bar, CA 91765-4029
cr          +EDI: WFFC.COM Dec 29 2016 01:58:00      Wells Fargo Bank, N.A./Wells Fargo Home Mortgage,
             MAC X7801-014,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
36222725     EDI: RESURGENT.COM Dec 29 2016 01:58:00      Ashley Funding Services,    PO Box 10587,
             Greenville, SC 29603-0587
36516370     EDI: CALTAX.COM Dec 29 2016 01:58:00      FRANCHISE TAX BOARD,    BANKRUPTCY SECTION MS A340,
             PO BOX 2952,    SACRAMENTO CA 95812-2952
36222731     EDI: CALTAX.COM Dec 29 2016 01:58:00      Franchise Tax Board,    PO Box 2952,
             Sacramento, CA 95812-2952
36222732    +EDI: CALTAX.COM Dec 29 2016 01:58:00      Franchise Tax Board,    Po Box 942867,
             Sacramento, CA 94267-0001
36222736     EDI: IRS.COM Dec 29 2016 01:58:00      Internal Revenue Service,    PO Box 21126,
             Philadelphia, PA 19114-0326
36222738     EDI: RESURGENT.COM Dec 29 2016 01:58:00      LVNV Funding, LLC,    PO Box 10587,
             Greenville, SC 29603-0587
36538335     EDI: RESURGENT.COM Dec 29 2016 01:58:00      LVNV Funding, LLC its successors and assigns as,
             assignee of CVF Consumer Acquisition,    Company,    Resurgent Capital Services,    PO Box 10587,
             Greenville, SC 29603-0587
36222739     EDI: MID8.COM Dec 29 2016 01:58:00      Midland Credit,    8875 Aero Dr Ste 200,
             San Diego, CA 92123-2255
36222740     EDI: PRA.COM Dec 29 2016 01:58:00      Portfolio Recovery,    120 Coroporate Blvd Ste 100,
             Norfolk, VA 23502
36222741     EDI: PRA.COM Dec 29 2016 01:58:00      PRA Receivables,    PO Box 12914,    Norfolk, VA 23541-0914
36222744     EDI: WFFC.COM Dec 29 2016 01:58:00      Wells Fargo Home Mtg,    PO Box 659558,
             San Antonio, TX 78265-9558
                                                                                              TOTAL: 15
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp         Courtesy NEF
36222733*    Franchise Tax Board,    PO Box 942867,    Sacramento, CA 94267-0001
36439108*   +I.L.W.U. Credit Union,    P.O. Box 445,    Wilmington, CA 90748-0445
36222735*    Internal Revenue Service,    PO Box 7317,    Philadelphia, PA 19101-7317
                                                                                   TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2016                                Signature:  /s/Joseph Speetjens

```
District/off: 0973-2          User: tmayC              Page 2 of 2              Date Rcvd: Dec 28, 2016
                              Form ID: van153          Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2016 at the address(es) listed below:

```
          Brandye N Foreman    on behalf of Creditor    Wells Fargo Bank, N.A. cdcaecf@bdfgroup.com
          Corey  Phuse    on behalf of Creditor    Wells Fargo Bank, N.A./Wells Fargo Home Mortgage
           corey.phuse@wellsfargo.com
          Darlene C Vigil    on behalf of Interested Party    Courtesy NEF cdcaecf@bdfgroup.com
          Deborah L Rothschild    on behalf of Creditor    Wells Fargo Bank, N.A./Wells Fargo Home Mortgage
           Deborah.Rothschild@wellsfargo.com, Deborah.Rothschild@wellsfargo.com
          Kathy A Dockery (TR)    efiling@CH13LA.com
          Scott  Kosner    on behalf of Joint Debtor Yvette  Ramos tyson@tysonfirm.com,
           G1875@notify.cincompass.com
          Scott  Kosner    on behalf of Debtor Armando  Ramos, Jr. tyson@tysonfirm.com,
           G1875@notify.cincompass.com
          United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                             TOTAL: 8
```

**United States Bankruptcy Court**
**Central District of California**

255 East Temple Street, Los Angeles, CA 90012

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM MOTION TO DISMISS CHAPTER 13 [11 U.S.C. § 1307]

**DEBTOR INFORMATION:**
Armando Ramos Jr.

**BANKRUPTCY NO.**  2:15−bk−16572−SK

**CHAPTER**  13

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):  xxx−xx−3861
**Employer Tax−Identification (EIN) No(s).(if any):**  N/A
**Debtor Dismissal Date:** 12/28/16

**JOINT DEBTOR INFORMATION:**
Yvette Ramos
aka Yvette Zeida Ramos

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any): xxx−xx−6666
**Employer Tax−Identification (EIN) No(s).(if any):**  N/A
**Joint Debtor Dismissal Date:**  12/28/16

**Address:**
3062 Conquista Ave
Long Beach, CA 90808−4028

Pursuant to the court's findings and conclusions at the hearing on the motion to dismiss in this case,
IT IS ORDERED THAT:

(1)  debtor's bankruptcy case is dismissed; and

(2)  the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362.

Dated: December 28, 2016

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

(Form od13d VAN−153) Rev. 03/09

**28 − 25 / TDM**